# Proceeding Minutes / Proceeding Memo

**Case #:** 21-51263    **Case Name:** Lee Winstead

**Set:** 01/03/2023 11:00 am    **Chapter:** 13    **Type:** bk    **Judge:** Katharine M. Samson

**matter** Motion for Status Conference Filed by Interested Party Patsy Ainsworth (Attachments: # 1 Exhibits)  (Dkt. #171)

---

Minute Entry Re: (related document(s): [171] Motion to Set Hearing filed by Patsy Ainsworth) Appearances: Craig M. Geno, Derek A Henderson, David Rawlings, Samuel Duncan. Status conference was held. Trustee's objection to confirmation and objection to claim will be set for 4-6-23. (cevans)